# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158508

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 158508
                                       COA: 342977
                                       Kalamazoo CC: 2013-001794-FC

HENRY VICTOR SMITH,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 24, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



                                      Clerk

d0722